**STAYED / JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DUNICAN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>HARLEY-DAVIDSON CREDIT CORP., a Nevada Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: CV 17-1989-DMG (AJWx)<br><br>**ORDER RE JOINT STIPULATION TO STAY ACTION PENDING COMPLETION OF ARBITRATION [11]** |

Pursuant to the Joint Stipulation made by and between Plaintiff John Dunican ("Plaintiff") and Defendant Harley-Davidson Credit Corporation ("Harley-Davidson") through their respective counsel, and good cause appearing, this Court orders as follows:

1. WHEREAS, Plaintiff has agreed to arbitrate his claims against HDCC in connection with the Complaint filed in Case No. CV 17-1989 (the "Action");

2. WHEREAS, the Parties agree that the Action shall be stayed pending the completion of the arbitration;

3. WHEREFORE, Plaintiff and HDCC, through counsel, have requested that the Court enter an order consistent with the terms of their Stipulation, staying the Action pending the completion of the arbitration of Plaintiff's claims.

4. IT IS ORDERED that this Action shall be stayed and administratively closed pending the completion of the parties' arbitration. The parties shall file a joint status report within 10 days after the resolution of their arbitration notifying the Court whether the stay should be lifted and this Action reopened.

IT IS SO ORDERED.

DATED: April 18, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE