# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNICAN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>HARLEY-DAVIDSON CREDIT<br>CORP., a Nevada Corporation; and<br>DOES 1 - 10,<br><br>        Defendant(s). | Case No.: CV 17-1989−DMG (AJWx)<br><br>**ORDER RE STIPULATION FOR<br>DISMISSAL WITH PREJUDICE<br>[13]** |

    Upon review of the Stipulation for Dismissal with Prejudice of Harley Davidson Credit Corp, filed by Plaintiff John Dunican and Defendant Harley-Davidson Credit Corp and good cause appearing,

    **IT IS ORDERED** that the Stipulation is APPROVED. The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

DATED:  December 18, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE